IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| REGENCY INN – DOWNEY, LLC, a California limited liability company, d/b/a Regency Inn and Suites, | ) ) ) ) | No. 2:17-cv-2115-HRH |
| Defendant. | ) ) ) ) | |

O R D E R

Case Dismissed

Pursuant to the parties' *Joint Stipulation for Dismissal with Prejudice*,[1] filed January 11, 2018, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.  The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement.

DATED this  16th  day of January, 2018.


/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 23.

Order – Case Dismissed                                                                                              - 1 -